

NUMBER 13-11-00141-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

TRACTOR SUPPLY CO. OF TEXAS, LP
D/B/A TRACTOR SUPPLY COMPANY #1104,
TRACTOR SUPPLY COMPANY #1104,
TRACTOR SUPPLY COMPANY,
AND VICTOR FONSECA                                          Appellants,

v.

YOLANDA RODRIGUEZ, AS REPRESENTATIVE
OF THE ESTATE OF EDUARDO SONEN,                             Appellee.

On appeal from the 93rd District Court
of Hidalgo County, Texas.

MEMORANDUM OPINION

Before Justices Garza, Vela, and Perkes
Memorandum Opinion Per Curiam

Appellants, Tractor Supply Co. of Texas, LP d/b/a Tractor Supply Company

#1104, Tractor Supply Company, and Victor Fonseca, filed a notice of appeal in this cause on March 15, 2011. The parties to this appeal have now filed an "Agreed Motion to Dismiss in Aid of Settlement." According to this motion, the parties have fully and finally compromised and settled all matters of fact and things in controversy between them. Accordingly, the parties request that we dismiss this appeal with prejudice.

The Court, having examined and fully considered the agreed motion to dismiss, is of the opinion that the motion should be granted. Accordingly, we GRANT the motion to dismiss and DISMISS this appeal with prejudice. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

It is so ORDERED.

PER CURIAM

Delivered and filed
the 4th day of May, 2011.